UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| TAMMANY KATHLEEN SPENCE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV620-120 |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) | |

ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 40), to which no objections have been filed. Accordingly, the R&R is **ADOPTED**, and Plaintiff's Motion for Attorney's Fees under the Social Security Act 42 U.S.C. § 406(b) is **GRANTED**. (Doc. no. 39.) For the reasons explained by the R&R, Plaintiff's counsel is awarded $8,196.07 in attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this 12th day of December, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

1